IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY YOUNG,

    Plaintiff,

v.                                                      CASE NO. 5:14-cv-279-RV-GRJ

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS, et al.

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

    On October 27, 2014, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983, alleging a violation of equal protection. (Doc. 1.) Plaintiff failed to either pay the filing fee or submit a motion to proceed *in forma pauperis*, so the Court sent Plaintiff a blank motion to proceed *in forma pauperis* and directed him to either submit the motion or pay the filing fee by December 3, 2014. (Doc. 3.) When Plaintiff failed to comply, the Court issued a show cause order with a deadline of December 30, 2014. (Doc. 4.) As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order and has failed to submit a motion to proceed *in forma pauperis* or pay the filing fee.

    A district court has the inherent authority to manage its own docket "to achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 42 (1991). The Court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order. Fed. R. Civ. P. 41(b). "The power to invoke this sanction is

necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Durham v. Fla. East Coast Ry. Co.*, 385 F.2d 366, 367 (5th Cir. 1967). Since the filing of his Complaint, Plaintiff has taken no further steps to advance his case. He failed to submit a motion to proceed *in forma pauperis* or pay the filing fee by the directed date, and when given an opportunity to explain this failure he neglected to respond. Thus, the case is due to be dismissed for failure to prosecute and failure to comply with an order of the Court.

## RECOMMENDATION

Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 9th day of January 2015.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.