UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY YOUNG,

    Plaintiff,

v.                                        Case No: 5:14cv279/RV/GRJ

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 9, 2015. (doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted as the opinion of the court.

    Accordingly, it is now **ORDERED** as follows:

    1. The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

    2. This action is hereby dismissed for failure to prosecute and failure to comply with an order of the Court.

    **ORDERED** on this 10th day of February, 2015.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**